## *United States District Court for the Northern District of Illinois*

Case Number: 07CV7147                    Assigned/Issued By: J. N.

Judge Name: GETTLEMAN                    Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☑ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies GOV'T _____          Date: 12-20-07 _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☑ Abstract of Judgment
                                          ARREST WARRANTS, $138,
☐ Wage-Deduction Garnishment Summons      540; $42,000.00 _____
                                          (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
          (Type of Writ)

2 ___ Original and 2 _____ copies on 12-20-07 _____ as to ONE HUNDRED THIRTY- _____
                                          (Date)
EIGHT THOUSAND, FIVE HUNDRED AND FORTY DOLLARS; FUNDS IN THE AMOUNTS 🔒

FORTY-TWO THOUSAND DOLLARS

---

C:\wpwin80\docket\feeinfo.frm     03/14/05