UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 7147 |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF FORTY-TWO THOUSAND DOLLARS ($42,000.00); and | ) ) ) ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED THIRTY-EIGHT THOUSAND, FIVE HUNDRED AND FORTY DOLLARS ($138,540), | ) ) ) ) ) | Hon. Robert W. Gettleman |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

                        Respectfully Submitted,
                        PATRICK J. FITZGERALD
                        United States Attorney

By:   /s/ Madeleine Murphy
       MADELEINE MURPHY
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312)353-5300