## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

## ATTORNEY DESIGNATION

were served on January 2, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/Madeleine Murphy
MADELEINE MURPHY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300