IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 07 C 7147 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| FORTY-TWO THOUSAND DOLLARS | ) | **CERTIFICATE OF SERVICE** |
| ($42,000.00); and | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED THIRTY-EIGHT | ) | |
| THOUSAND, FIVE HUNDRED AND | ) | |
| FORTY DOLLARS | ) | |
| ($138,540), | ) | |
| Defendants. | ) | |

  I, Kela Ellis, a non-attorney, certify that pursuant to Supp. R. For Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant to be served upon:

Karine Basmadjian, Esq.
Attorney for Levon Vardapetyan
520 East Wilson Avenue, Suite 220
Glendale, California 91206

by enclosing said property addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 20th day of December, 2007.

*Kela Ellis*
KELA ELLIS

SUBSCRIBED and SWORN to before me this 26 day of December 2007.

*Donna C. Isaac*
NOTARY PUBLIC

"OFFICIAL SEAL"
Donna C. Isaac
Notary Public, State of Illinois
My Commission Exp. 09/09/2008

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Karine Basmadjian, Esq.
Street, Apt. N or PO Box No: 520 East Wilson Ave., Ste. 220
City, State, ZIP: Glendale, CA 91206

PS Form 3800

Article number: 7007 0710 0000 5282 3772

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Karine Basmadjian, Esq.
    520 East Wilson Ave., Ste. 220
    Glendale, CA 91206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0000 5282 3772

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0000 5282 3772**
Status: **Delivered**

Your item was delivered at 10:28 AM on December 29, 2007 in GLENDALE, CA 91206.

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA