# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

RECEIVED
U.S. MARSHAL
07 DEC 21 AM 10: 54
N. DIST. OF ILL.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 C 7147 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE HUNDRED THIRTY-EIGHT THOUSAND, FIVE HUNDRED AND FORTY DOLLARS ($138,540) | PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FUNDS IN THE AMOUNT OF $138,540 UNITED STATES CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) C/O DEA ATTN: PEGGY FITZGERALD
230 SOUTH DEARBORN, 12TH FLOOR CHICAGO, ILLINOIS 60604

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: MARSHA A. MCCLELLAN, AUSA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE IS REQUIRED.**
07-DEA-487551.

PREPARED BY: K. ELLIS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
MARSHA A. MCCLELLAN AUSA
TELEPHONE NUMBER (312) 353-5300
DATE 12/20/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No. ___
District of Origin No. ___
District to Serve No. ___
Signature of Authorized USMS Deputy or Clerk
Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Peggy Fitzgerald

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/27/08
Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

FILED
Jan 2, 2008
JAN - 2 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

prepared by K. Ellis

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt