# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

**PLAINTIFF:** UNITED STATES OF AMERICA

**COURT CASE NUMBER:** 07 C 7147

**DEFENDANT:** FORTY-TWO THOUSAND DOLLARS ($42,000) & ONE HUNDRED THIRTY EIGHT THOUSAND, FIVE HUNDRED AND FORTY DOLLARS ($138,540)

**TYPE OF PROCESS:** PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE

RECEIVED U.S. MARSHAL
07 DEC 21 AM 10:54
N. DIST. OF ILL.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: UNITED STATES MARSHALS SERVICE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code): 219 SOUTH DEARBORN, ROOM 2444 CHICAGO, ILLINOIS 60604

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: DAN MAY, AUSA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION ONCE.
07-DEA-487551 AND 07-DEA-487553.

PREPARED BY: K. ELLIS

Signature of Attorney or other Originator requesting service on behalf of:
MARSHA A. MCCLELLAN AUSA ☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER:** (312) 353-5300
**DATE:** 12/20/07

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

FILED 1-18-08
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Date of Service:** 12/24/07
**Time:** 11:00 pm
**Signature of U.S. Marshal or Deputy:** Melodyn Walden

REMARKS: Published in the Chicago Tribune once on 12/24/07

PRIOR EDITIONS MAY BE USED — SEND ORIGINAL + 2 COPIES to USMS. — FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

ARREST WARRANT IN REM    07cv7147
JUDGE GETTLEMAN
MAG JUDGE KEYS

RECEIVED
U.S. MARSHAL
07 DEC 21 AM 10:54
N. DIST. OF ILL.

UNITED STATES DISTRICT COURT

FOR THE

## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*To the United States Marshals Service:*

Whereas, on the 20th of December, A.D. 2007, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

funds in the amounts of forty-two thousand dollars ($42,000.00)

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE | CLERK  MICHAEL W. DOBBINS |
| 12/20/07 | (BY) DEPUTY CLERK  *Jannette [signature]* |
| | Returnable ____ days after issue. |

UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| Northern Illinois | 12/24/2007 |
| U.S. MARSHAL  Kim R. Widup | (BY) DEPUTY MARSHAL  Melody A. Waldron |

ARREST WARRANT IN REM

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

07cv7147
JUDGE GETTLEMAN
MAG JUDGE KEYS

*To the United States Marshals Service:*

Whereas, on the 20th of December, A.D. 2007, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

one hundred thirty-eight thousand, five hundred and forty dollars ($138,540)

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE 12/20/07 | CLERK MICHAEL W. DOBBINS |
| | (BY) DEPUTY CLERK Jarrette Nunez |
| | Returnable _____ days after issue. |

UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| Northern Illinois | 12/24/2007 |
| U.S. MARSHAL Kim R. Widup | (BY) DEPUTY MARSHAL Melody N Waldron |



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (1) times(s) and on the following dates:

**Starting 12/24/07 and Ending 12/24/07**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 24TH day of December, 2007.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michigan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

916722

**NOTICE OF FORFEITURE ACTION**

On December 20, 2007 the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against funds in the amounts of $42,000.00 and $138,540.00, pursuant to 21 U.S.C.§ 881 and two Arrests Warrants in Rem were issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to Karine Basmadjian, attorney for Levon Vardapetyan on December 20, 2007.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case U.S. v. Funds In The Amount Of Forty-two Thousand Dollars ($42,000.00) and One Hundred Thirty-Eight Thousand, Five Hundred and Forty Dollars ($138,540) 07 C 7147 by January 24, 2007 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Madeleine Murphy at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

DATED: December 20, 2007