

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Case No.: 07C 7147 |
| Plaintiff, ) | Hon Gettleman |
| v. ) | VERIFIED CLAIM |
| FUNDS IN THE AMOUNT OF ) FORTY-TWO THOUSAND DOLLARS ) ($42,000.00); and ) | FILED |
| FUNDS IN THE AMOUNT OF ) ONE HUNDRED THIRTY-EIGHT ) THOUSAND AND, FIVE HUNDRED ) AND FORTY DOLLARS ) ($138,540.00) ) | JAN 2 8 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT JAN 2 8 2008 |
| Defendants. ) | |

### VERIFIED CLAIM OF LEVON VARDAPETYAN

I, LEVON VARDAPETYAN, being first duly sworn, do hereby declare and state that:

1. I currently live and reside at 13457 Montague Street, Arleta, California 91331;

2. I am making this declaration to state my claim of ownership in the above entitled forfeiture action;

3. On December 27, 2007, I received the underlying complaint for notice of forfeiture, previously filed on December 20, 2007;

4. I am the true and lawful owner of the above captioned United States currency in the total amount of $180,540.00;

1

5. The above-referenced currency was not obtained through illicit or otherwise illegal activity;

6. Said currency was unlawfully seized from me on July 31, 2007.

The aforementioned statements are true and correct under the penalties of perjury.

Executed: this 25th day of January, 2008, at Los Angeles, California 91206.

Dated: January 25, 2008.

Respectfully Submitted,

_____
LEVON VARDAPETYAN
In Pro Se
13457 Montague Street
Arleta, California 91331

Sworn and subscribed to me this 25th day of January, 2008.

_____
Notary Public

JACK GAMBARYAN
Commission # 1680854
Notary Public - California
Los Angeles County
My Comm. Expires Jul 13, 2010

2

## PROOF OF SERVICE

I, Gene C. Collins, declare as follows: I am over the age of 18 and not a party to this action. My business address is 6737 Laurel Canyon Blvd., Ste., 225 North Hollywood, CA 91606. On January 25, 2008, I served a document entitled: "Verified Claim" on the interested parties by faxing and mailing a true copy thereof to the following:

Madeline Murphy, AUSA
219 South Dearborn Street, Room 500
Chicago, Illinois 60604

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed: January 25, 2008, at Los Angeles, California.

GENE C. COLLINS

3