UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   07 C 7147 |
| | ) | |
| V. | ) | |
| | ) | Judge Robert W. Gettlemen |
| FUNDS IN THE AMOUNT OF | ) | |
| FORTY-TWO THOUSAND DOLLARS | ) | |
| ($42,000.00); and | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED THIRTY-EIGHT | ) | |
| THOUSAND, FIVE HUNDRED AND | ) | |
| FORTY DOLLARS | ) | |
| ($138,540.00) | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Levon Vardapetyan
13457 Montague St.
Arleta, CA 91331

Sirarpi Davitian
7934 Laurel Canyon Blvd.
North Hollywood, CA 91605

Grayr Demirtchyan
8008 Long Ridge Avenue
Hollywood, CA 91502

Karine Basmadjian, Esq.
Attorney for Levon Vardapetyan
520 W. Wilson Avenue, Suite 220
Glendale, CA   91206

Arthur Vardapetyan
7934 Laurel Canyon Blvd. #17
North Hollywood, CA 91605

    PLEASE TAKE NOTICE that on March 27, 2008 at 9:15 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge Robert W. Gettleman in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present

## MOTION OF THE UNITED STATES OF AMERICA
## FOR ENTRY OF A DEFAULT DECREE OF FORFEITURE

at which time and place you may appear if you see fit.

    The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the aforenamed document was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail and by certified mail on March 17, 2008 to the above-named non-ECF filers.

                                                                  /s/   Madeleine S. Murphy
                                                  MADELEINE S. MURPHY
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street - 5000
                                                  Chicago, Illinois 60604
                                                  (312)  886-2070