# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7147 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs Funds in the amount of $42,000 and funds in the amount of $138,540.00 | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
Default decree of forfeiture entered against the defendant funds to the United States of America and shall be disposed of by the U.S. Marshal according to law. The court retains jurisdiction.

[For further detail see separate order]
[Docketing to mail notice]

00:04

