

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  07 C 7147 |
| | ) | |
| V. | ) | |
| | ) | Judge Robert W. Gettlemen |
| FUNDS IN THE AMOUNT OF | ) | |
| FORTY-TWO THOUSAND DOLLARS | ) | |
| ($42,000.00); and | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED THIRTY-EIGHT | ) | |
| THOUSAND, FIVE HUNDRED AND | ) | |
| FORTY DOLLARS | ) | |
| ($138,540.00) | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT DECREE OF FORFEITURE

This cause coming before the court on the United States of America's motion for the

entry of a default decree of forfeiture, and due notice having been given, and the court having

been fully advised in the premises, this court finds as follows:

(a)    This *in rem* civil forfeiture case was commenced on December 20, 2007, by the

filing of a verified complaint.

(b)    Process was duly served and notice was published by the United States as

required by Rule G(4)(a), Supplemental Rules for Admiralty and Maritime Claims for Forfeiture

Actions.

(c)    On January 28, 2008, Levon Vardapetyan filed a claim declaring ownership of the

defendant funds.

(d)    To date, claimant did not file an answer for the defendant funds and the time for filing such an answer or other responsive pleading has since expired under applicable law.

(e)    Based on the verified complaint for forfeiture and the attached affidavit of Task Force Officer Geoffrey Gibbs of the United States Drug Enforcement Administration, the United States has established that the defendant funds were furnished and intended to be furnished in exchange for a controlled substance, were the proceeds from the sale of a controlled substance, and were monies used and intended to be used to facilitate narcotics trafficking, in violation of the Controlled Substances Act, and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1.    A judgment of default is hereby entered against the defendant funds;

2.    All persons or entities claiming right, title or interest in the aforementioned defendant funds are held in default;

3.    The defendant funds are hereby forfeit to the United States of America pursuant to 21 U.S.C. § 881(a)(6) and shall be disposed of by the United States Marshal according to law.

4.    This court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement this order.

ENTERED: April 15, 2008

_____
ROBERT W. GETTLEMEN
United States District Judge